| | |
|---|---|
| 1 | ALEX G. TSE (CABN 152348)<br>Acting United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | SAMANTHA SCHOTT (NYBN 5132063)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 1301 Clay Street, Suite 340S<br>Oakland, California 94612 |
| 7 | Telephone: (510) 637-3680<br>FAX: (510) 637-3724 |
| 8 | samantha.schott@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 17-0215 DMR |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION AND [PROPOSED] ORDER VACATING GUILTY PLEA AND DISMISSING INFORMATION.** |
| AVALON BROOKS, | ) | |
| Defendant. | ) | |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Northern District of California and Special Assistant United States Attorney Samantha Schott, and defendant Avalon Brooks (defendant), by and through her counsel of record, hereby stipulate as follows:

1. On or about October 17, 2017, defendant Brooks pleaded guilty pursuant to a plea agreement to the sole count of the Information, Obstruction of Mail, in violation of 18 U.S.C. § 1701. Defendant Brooks signed a diversionary plea agreement providing for withdrawal of the guilty plea and dismissal of the charge if defendant successfully completed diversion and satisfied her community service obligation.

2. Defendant Brooks has successfully complied with the terms of the diversion agreement

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-0215 DMR

1. and has satisfied her community service obligations.

2. 3. Defendant Brooks now moves to withdraw her guilty plea to the violation of 18 U.S.C. § 1701.

3. 4. The government agrees that Defendant Brooks has successfully completed the terms of the diversion agreement and does not oppose Defendant's application to withdraw her guilty plea.

4. 5. Upon the Court's withdrawal of Defendant's guilty plea, the government moves to dismiss the Information against Defendant Avalon Brooks for the reasons stated above and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: April 24, 2018                      Respectfully Submitted,

                                           ALEX G. TSE
                                           Acting United States Attorney

                                            /s/ Samantha Schott                   
                                           SAMANTHA SCHOTT
                                           Special Assistant United States Attorney


                                            /s/ Angela Hansen                     
                                           ANGELA HANSEN
                                           Attorney for Avalon Brook

### [PROPOSED] ORDER

Good cause appearing, for the reasons stated above, the Court hereby orders that Defendant Avalon Brooks' guilty plea, entered on October 17, 2017, be WITHDRAWN.

Upon withdrawal of Defendant Brooks' guilty plea, the Court hereby GRANTS the government's motion to dismiss the Information against Defendant Avalon Brooks pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The Information against Defendant Avalon Brooks is hereby DISMISSED.

IT IS SO ORDERED.

DATED: __April 25, 2018__                  _____
                                           THE HONORABLE DONNA M. RYU
                                           United States Magistrate Judge

STIPULATION AND PROPOSED ORDER
CASE NO. CR 17-0215 DMR